# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KEITH WHITE, *et al.*, | Case No.: 3:12-cv-422 |
| Plaintiffs, | |
| v. | |
| NEVADA HOSPITAL ASSOCIATION, *et al.*, | |
| Defendants. | |

*FILED / ENTERED*
APR 16 2013
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER

The Relator having requested dismissal of this action, the United States having consented to the dismissal upon certain provisions:

IT IS ORDERED that,

1. The relator's Complaint, the Plaintiff's Notice of Election to Decline Intervention, the Plaintiff's Notice of Consent to Dismissal, and this Order are hereby unsealed;

2. All other contents of the Court's file in this action remain under seal and not be made public;

3. This action is hereby dismissed, without prejudice as to the relator and the United States.

IT IS SO ORDERED,

This 16 day of April, 2013.

_____
United States District Judge

4